LEVI WILLIAMS, Respondent, *v.* NEW YORK TELEPHONE COMPANY, Appellant.

*Williams* v. *N. Y. Telephone Co.*, 161 App. Div. 942, affirmed.
(Argued March 22, 1916; decided April 11, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 25, 1914, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff was struck and injured by a portion of one of defendant's poles which fell to the ground on the public highway while it was being sawed in two by one of defendant's gangs. Respondent in its answer alleged that the injuries complained of were sustained by plaintiff through his own negligence.

*Alexander Cameron, Carl Martin Abromeit, Benjamin F. Briggs* and *Charles T. Russell* for appellant.

*Sydney A. Syme* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, SEABURY and POUND, JJ.